# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELRADER BROWNING, III, | Case No. 1:11-cv-00598-DLB PC |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S APPLICATION FOR A WRIT OF EXECUTION** |
| v. | |
| GRIMM, et al., | (ECF No. 42) |
| Defendants. | |

    Plaintiff Elrader Browning, III ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. On August 8, 2013, the Court granted Defendant's motion for summary judgment and entered judgment in favor of Defendant. (ECF Nos. 38 & 39.) On September 10, 2013, the Court taxed costs against Plaintiff in the amount of $227.80. (ECF No. 41.) On September 17, 2013, Defendant submitted an ex parte application and declaration for issuance of a writ of execution. (ECF No. 42.)

    Under Federal Rule of Civil Procedure 69(a), "[t]he procedure on execution-and in proceedings supplementary to and in aid of judgment or execution-must accord with the procedure of the state where the court is located...." Fed.R.Civ.P. 69(a). California Code of Civil Procedure section 699.510(a) states: "[A]fter entry of a money judgment, a writ of execution shall be issued by the clerk of the court, upon application of the judgment creditor...." Cal.Civ.Proc.Code § 699.510(a).

    Accordingly, it is HEREBY ORDERED that a writ of execution issue in the sum of $227.80,

1

1  plus necessary levying officer fees pursuant to the California Code of Civil Procedure Section
2  685.050, and be directed to the Sheriff or Marshall of Kings County, California.

IT IS SO ORDERED.

Dated:   **September 29, 2013**                    /s/ *Dennis L. Beck*
                                                  UNITED STATES MAGISTRATE JUDGE